THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Gregory Fuller,       
Appellant.
 
 
 

Appeal From Richland County
Henry F. Floyd, Circuit Court Judge

Unpublished Opinion No. 2003-UP-401
Submitted April 18, 2003  Filed June 
 17, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbi,  
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr. and J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant Gregory Fuller appeals 
 the trial courts revocation of his probation.  Fullers counsel attached to 
 the final brief a petition to be relieved as counsel stating she had reviewed 
 the record and concluded the appeal lacked merit.  Fuller did not file a pro 
 se response.  
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Fullers appeal 
 and grant counsels petition to be relieved.
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.